**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-1581**

———————————

FRANCIS AKINRO,

Plaintiff - Appellant,

versus

CATHERINE C. BLAKE,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (1:07-cv-
01450-AMD)

———————————

Submitted:  August 23, 2007          Decided:  August 28, 2007

———————————

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Francis Akinro, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing Akinro's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Akinro v. Blake</u>, No. 1:07-cv-01450-AMD (D. Md. June 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>